# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

**Brenita Combs** _Plaintiff(s)_

vs.

**Internal Revenue Service** _Defendant(s)_

Case Number: **16 CV - 75 JED - PJC**

## COMPLAINT - EEOC

Comes now the Plaintiff, **Brenita Combs** and for his/her claim against the Defendant(s), **Internal Revenue Service** states and alleges as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. §2000e-5. Venue is proper in this District.

2. Plaintiff is a(n) **Black/American Indian** (Race) **FM** (Sex) who resides at **1441 E 62nd St. Apt. J Tulsa Oklahoma 74136** (Complete address)

3. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

*(Note: 3a-3f to be used if there is more than one defendant.)*

3a. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3b. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3c. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3d. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

Complaint 1 CV-06 (12/05)

3e. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3f. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

4. On or about __07/31__, __2014__, defendant(s)
   (Month/day)   (Year)

(Specify the unlawful employment practices which you are alleging against the defendant(s), such as: refusal to hire, discharge from employment, harassment in employment, etc.)

Constructive termination, harassment, disparte treatment by upper mangement. Have dept manager on tape admitting to harassment and also received unemployment because of medical condition caused by dept of Treasury/Internal Revenue Service.

because of (state why defendant(s) discriminated against you, i.e. race, color religion, sex or national origin, etc.)

Race, age, Retaliation/Reprisal Prior EEO (2006)

5. Plaintiff timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a right to sue letter, a copy of which is attached. All conditions precedent to the institution of this lawsuit have been fulfilled. Denied right to sue letter from EEOC.

Wherefore, Plaintiff prays for (state what relief is sought) I am requesting the maximum amount of $300,000 for punitive damages, emotional pain, suffering, mental anguish, loss of enjoyment of life, constructive termination.

and such other relief as the Court would allow under Title VII of the Civil Rights Act of 1964.

Signature: Brenita Combs
Address: 1441 E 62nd St. Apt J
City: Tulsa   State: OK   ZIP: 74136
Telephone: 918-810-8446

Complaint    2    CV-06 (12/05)

**Copy**

From: Brenita Combs
EEOC Docket NO. 560-2015-00193X
Agency NO. IRS-14-0488-F

TO:
Diane R. Stallard
Senior Attorney
General Legal Services
IRS Office of Chief Counsel

Fax 469-801-1050

(Copy) (2)　　　　　Brenita Combs
　　　　　　　　　~~Sept.~~ 9, 2015

Re: Brenita Combs v. Department of Treasury
EEOC Docket No. 560-2015-00193X
Agency No. IRS-14-00488F


I Brenita Combs am responding to the letter I received Aug 25, 2015 Agency's Interrogatories, Request For Admission and Requests For Production of Documents to complaint.

Per letter received after the conference call with Judge Tatyana Schwendinger and Diane Stallard on July 24, 2015. Per conversation Diane Stallard Esq mention to judge that we needed Discovery. The deadline date for discovery was due on Aug 21, 2015, when I didn't receive anything from Diane Stallard I called her on August 09, 2015 and August 10, 2015 to let her know that I had not received anything. I also have faxed on several occasions a settlement judgement and it has been ignored.

(3) Brenita Combs
(COPY) EEOC Docket No. 560-2015-00193X
continued Agency No. IRS 14-00488F

I then faxed Diane Stallard and the judge on my letter Kendra R. Howard 132 pages of documents.

(A) Copies of medical letter from my doctor.

(B) Settlement ~~Summary~~ Judgement.

(C) Letter from Unemployment to show appeals was won and the outcome.

(D) Medical excuses from my doctor.

(E) E-mail that I emailed to Commissioner Koskinen to ask for help stopping the harassment.

(F) E-mail to Director Beverly Thomas letting her know about being bullied and harassment.

(COPY) (4) Brenita Combs
EEOC Docket No. 560-2015-00193X
Agency No. IRS 14-00488F

(G) Memo put in my file written by oprations manager Kelly Taylor to use against me and deny me sick leave, which per NTEU contract was illegal to do.

(H) More memo's, AWOL's, grievances to show harassment - some of grievance's dates were changed by Agency. Evaluation which refuse to change to correct one.

(I) I have had the judges changed

(J) I would like to know who is the judge that is handling this case because I have sent my information to Judge Kendra R. Howard and also Judge Tatjana Schwendinger and Diane Stallard Esq, for IRS attorney.

(K) I understand that Diane Stallard Esq was also the attorney for my MSPB case, not quit understanding why? Can you please explain.

added (L) copy of my complaint

(5) Brenita Combs
COPY  EEOC Docket No. 560-2015-00193X
Agency No. FRS14-00488F

I would like to do a settlement agreement or send me my right to sue letter.

Sincerely, Brenita Combs

Sept. 9, 2015

PS I have unsworn declaration no signatures on letters, which should be legal and binding documents. I have the original tape and will be keeping it if we have to have a hearing. I would like some all of things I sent to be addressed. (COPY)

B. Combs
1441 E 62nd St. Apt J
Tulsa OK 74136

RECEIVED
FEB - 8 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

no postmark -a

United States District Court
333 W. 4th St. Room 411
Tulsa Oklahoma
74103