**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

BRENITA COMBS, )
    Plaintiff(s), )
)
v. ) Case No. 4:17-cv-00337-DW
)
INTERNAL REVENUE SERVICE, )
    Defendant(s). )

## JUDGMENT IN A CIVIL CASE

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

It is ORDERED AND ADJUDGED that

this case is dismissed without prejudice.


November 6, 2017                          Paige Wymore-Wynn
Dated                                                 Clerk of Court

November 7, 2017                          /s/ Rhonda Enss
Entered                                               (by) Deputy Clerk