_____

No: 18-2552
_____

Brenita Combs

Plaintiff - Appellant

v.

Internal Revenue Service

Defendant - Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:17-cv-00337-DW)
_____

**JUDGMENT**

Before GRUENDER, KELLY and GRASZ, Circuit Judges.

    The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed as untimely.

August 28, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans