# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2552

Brenita Combs

Appellant

v.

Internal Revenue Service

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:17-cv-00337-DW)
_____

**MANDATE**

In accordance with the judgment of 08/28/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 19, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit